PEACOCK & CARR *v.* CITIZENS BANKING COMPANY.

LUMPKIN, P. J. The principles of law by which this case is controlled were laid down when it was here at the October term, 1897. See 103 *Ga.* 171. At the trial now under review, these principles were clearly and fairly stated in the charge given by the court to the jury; no error of law was committed, and the evidence warranted the verdict.          *Judgment affirmed. All the Justices concurring.*

Argued November 9, — Decided December 2, 1899.

Complaint in trover. Before Judge Smith. Dodge superior court. September term, 1898.

*DeLacy & Bishop* and *Roberts & Milner,* for plaintiffs in error. *Hoke Smith & H. C. Peeples* and *W. M. Clements,* contra.

---

WALLACE *v.* THE STATE.

LITTLE, J. 1. The evidence amply supports a verdict of voluntary manslaughter.

2. No sufficient reason appears why the dying declarations were not properly admitted.

3. The period of eighteen years confinement at labor in the penitentiary, which was fixed by the presiding judge as the punishment of the defendant under his conviction for voluntary manslaughter, being less than the maximum limit prescribed by law as the punishment for such offense, is not excessive.

4. The newly discovered evidence is, in the main, cumulative in its character, and, taken altogether, affords no reason why the verdict rendered should be set aside and a new trial granted.

            *Judgment affirmed. All the Justices concurring.*

Argued November 20, — Decided December 6, 1899.

Indictment for murder. Before Judge Henry. Walker superior court. August term, 1899.

*Payne & Payne* and *Copeland & Jackson,* for plaintiff in error. *Moses Wright, solicitor-general,* contra.